In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-313 CR


____________________



MICHAEL ALLEN WILLIAMS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-040409-R






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Michael Allen Williams, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered December 21, 2005

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.